```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                     CASE NO. 07 B 15018
  CHAD E CREAMER
                                           CHAPTER 13

                                           JUDGE: MANUEL BARBOSA

      Debtor
  SSN XXX-XX-2339


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 08/19/07 .

    2.  The case was dismissed without confirmation, 12/20/2007.

    3.  The Debtor paid a total of $    5000.00 .

    4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST         PRINCIPAL
                                                              PAID             PAID
------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS     CURRENT MORTG        .00              .00              .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE  NOT FILED              .00              .00
CITIZENS BANK              SECURED VEHIC    28647.00             .00          3604.00
FIRST PREMIER BANK         UNSECURED      NOT FILED              .00              .00
GEMB/JCP                   UNSECURED      NOT FILED              .00              .00
HSBC                       UNSECURED      NOT FILED              .00              .00
HSBC                       UNSECURED      NOT FILED              .00              .00
HSBC                       UNSECURED      NOT FILED              .00              .00
MILLENIUM CREDIT CONSULT   UNSECURED      NOT FILED              .00              .00
STATE COLLECTION SERVICE   UNSECURED      NOT FILED              .00              .00
TNB VISA                   UNSECURED      NOT FILED              .00              .00
UNITED COMPUCRED           UNSECURED      NOT FILED              .00              .00
WFFINACCPT                 UNSECURED      NOT FILED              .00              .00
       Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  28647.00          .00          .00         .00      28647.00
PRINCIPAL PAID       3604.00          .00          .00         .00       3604.00
INTEREST PAID            .00          .00          .00         .00            .00
TOTAL PAID           3604.00          .00          .00         .00       3604.00
The Debtor's attorney, JOSEPH P DOYLE                 , was allowed $   3500.00
and was paid $    686.00  direct and $    1170.99  through the plan.

The Trustee received $     225.01 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 03/11/08                         /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
        CASE NO. 07 B 15018 CHAD E CREAMER
```